# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CURTIS MARSHALL DIXON,<br><br>    Defendant. | CRIMINAL ACTION<br><br>No. 00-146-01 |

## ORDER

**AND NOW**, this 12th day of February, 2010, upon consideration of defendant's Amended Motion to Vacate, Set Aside, or Correct Sentence (docket no. 159), and memoranda of law (docket nos. 160 and 169), and the government's response thereto (docket no. 208), it is hereby **ORDERED** that defendant's amended motion is **DISMISSED**.

BY THE COURT:

/s/Louis H. Pollak
Pollak, J.